# U.S. Patent No. 8,215,865 v. 1-800-Bollards

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A bollard structure comprising: at least one bollard; and | 1-800-Bollards ("Company") makes, uses, sells and/or offers to sell a bollard structure comprising of at least one bollard.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a High Security Fixed Deep Mount M30 ("bollard structure") that includes a bollard.<br><br><br><br>Source: https://www.1800bollards.com/product/high-security-fixed-deep-mount-m30/ |



Source: https://www.1800bollards.com/wp-content/uploads/2021/06/Fixed-42.pdf, Page 1

| [1.1] a base comprising opposed ends and a plurality of structural members which | Company provides a base comprising opposed ends and a plurality of structural members which intersect and are tied together, for each bollard of the bollard structure at least one first structural member extending from a first of the opposed ends of the base to a second of the opposed ends of the base in a first direction intersecting with the opposed ends, and at least one structural member extending to intersect with the at least one first structural member.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

| | |
|---|---|
| intersect and are tied together, for each bollard of the bollard structure at least one first structural member extending from a first of the opposed ends of the base to a second of the opposed ends of the base in a first direction intersecting with the opposed ends, and at least one structural member extending to intersect with the at least one first structural member; | For example, High Security Fixed Deep Mount M30 includes a base that comprises opposed ends and multiple iron rebars ("plurality of structural members"). Further, the iron rebars in the base of each bollard extend horizontally ("first direction") from one end ("first of the opposed ends") to the other end ("second of the opposed ends") of the base such that it intersects the other ends ("intersecting with the opposed ends") of the base. Furthermore, the other iron bars of the base intersect with each other ("one structural member extending to intersect with the at least one first structural member"). In the construction industry, it is common to use rebar tie wire or welding for the iron bars to hold the components of the structure together in a particular position, therefore it would be apparent to a person having ordinary skill in the art that the structural members are tied together.<br><br><br><br>Source: https://www.1800bollards.com/wp-content/uploads/2021/06/Fixed-42.pdf, Page 4<br><br>- Rebar wire ties such as double loop ties, snap ties, and bar tie wire are essential for maintaining concrete structure integrity, with each type offering specific benefits in terms of ease of use, speed, and reliability in securing rebar before concrete pouring.<br><br>Source: https://certifiedmtp.com/blog?p=top-quality-rebar-wire-ties-your-ultimate-guide-for-strong-concrete-reinforcement |



Source: https://www.1800bollards.com/wp-content/uploads/2021/06/Fixed-42.pdf, Page 1

| | |
|---|---|
| [1.2] each bollard being secured to at least one of the at least one first structural member and the | Company provides a bollard being secured to at least one of the at least one first structural member and the at least one structural member of the base for the respective bollard and extending upwardly from the base so as to transmit forces applied to the at least one bollard to the base.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| at least one structural member of the base for the respective bollard and extending upwardly from the base so as to transmit forces applied to the at least one bollard to the base; | For example, each High Security Fixed Deep Mount M30 is secured with iron rebars ("at least one first structural member and the at least one structural member") in the base. Further, the bollard extends upwardly from the base such that when force or impact is applied, the force is transmitted from the bollard to its base.Source: https://www.1800bollards.com/wp-content/uploads/2021/06/Fixed-42.pdf, Page 2 |
| [1.3] wherein the base is configured to be mounted in a shallow excavation with | Company provides a base which is configured to be mounted in a shallow excavation with the at least one bollard extending above grade.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

6

| the at least one bollard extending above grade; and | For example, the base of the High Security Fixed Deep Mount M30 is configured to be mounted in shallow excavation such that the bollard extends from the base to above the ground level ("above grade").  Source: https://www.1800bollards.com/wp-content/uploads/2021/06/Fixed-42.pdf, Page 2 Source: https://www.1800bollards.com/wp-content/uploads/2021/06/Fixed-42.pdf, Page 2 |



Source: https://www.1800bollards.com/product/high-security-fixed-deep-mount-m30/

| | |
|---|---|
| [1.4] wherein the at least one first structural member or the at least one structural member or both are configured or tied together to retain within the base supporting media introduced into the base | Company provides at least one first structural member or at least one structural member or both being configured or tied together to retain within the base supporting media introduced into the base when the base is mounted in the excavation such that the rotation is resisted of a bollard or bollards and the base from an impact against the bollard or bollards.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the iron rebars ("at least one first structural member or the at least one structural member or both") are configured to retain within the base when a concrete foundation ("supporting media") is set up ("introduced into the base"). Since the concrete foundation holds the bollard and the base in a particular position, therefore it would be apparent to a person having ordinary skill in the art that the bollard and the base become resistant against rotation upon impact ("rotation is resisted of a bollard or bollards and the base from an impact against the bollard or bollards"). |

when the base is mounted in the excavation such that the rotation is resisted of a bollard or bollards and the base from an impact against the bollard or bollards.



Source: https://www.1800bollards.com/wp-content/uploads/2021/06/Fixed-42.pdf, Page 2

Source: https://www.1800bollards.com/product/high-security-fixed-deep-mount-m30/



Source: https://www.1800bollards.com/wp-content/uploads/2021/06/Fixed-42.pdf, Page 2

## 2. List of References

1. https://www.1800bollards.com/product/high-security-fixed-deep-mount-m30/, last accessed on April 26, 2024.
2. https://www.1800bollards.com/wp-content/uploads/2021/06/Fixed-42.pdf, last accessed on April 26, 2024.
3. https://certifiedmtp.com/blog?p=top-quality-rebar-wire-ties-your-ultimate-guide-for-strong-concrete-reinforcement, last accessed on April 26, 2024.